In the Matter of Foreclosure of Liens for Delinquent Land Taxes by Action in Rem COLLECTOR OF REVENUE, CITY OF ST. LOUIS, MISSOURI, Respondents,

v.

PARCELS OF LAND ENCUMBERED WITH DELINQUENT TAX LIENS LAND TAX SUIT NO. 172, Respondents.

No. ED 102607

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: November 3, 2015

Matthew P. Cook, P.O. Box 220342, St. Louis, MO 63122, for Appellant.

Tyrone A. Taborn, 625 N. Euclid Ave., Suite. 320, St. Louis, MO 63108, Attorney for Respondent Collector of Revenue.

Joseph V. Neill, 5201 Hampton Ave., St. Louis, MO 63109, Attorney for Respondent City of St. Louis Sheriff's Dept.

Jeffrey T. Weisman, 1221 Locust St., Suite. 800, St. Louis, MO 63103, Attorney for Respondent McKindley Stephens.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

*ORDER*

PER CURIAM.

Dei Lucrii, LLC appeals the judgment of the trial court denying confirmation of a

tax sale involving real property identified as parcel 172–166–534 offered for sale by the City of St. Louis Collector of Revenue and originally belonging to McKinley Stephens and Theresa Stephens. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).